**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPHONSE WILLIAMS, et. al., ) <br> ) <br> Defendants. ) | Civil Action No. 09-1491 (GEB) <br><br> **ORDER** |

**BROWN, Chief Judge**

This matter having come before the Court upon the December 23, 2009 Report and Recommendation of the Honorable Magistrate Judge Bongiovanni (Doc. No. 27) recommending that the plaintiff the United States' motion for summary judgment (Doc. No. 19) should be granted; and the Court having reviewed the report and recommendation and the record; and the Court noting that review of a Magistrate Judge's report and recommendation, as well as objections to it, is governed by Local Civil Rule 72.1; and the Court further noting that the rule provides that the Court "shall make a de novo determination of those portions [of the report and recommendation] to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge," L. Civ. R. 72.1(c)(2); and the Court having noted that Defendants Alphonse and Joan Williams have not filed objection with this Court in regard to the Report and Recommendation; and the Court having decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78;

IT IS THIS 1st day of February, 2010, hereby

ORDERED the Court will adopt Judge Bongiovanni's Report and Recommendation; and it is further

ORDERED that the Clerk's Office shall mail a copy of this Order to Plaintiff at his address of record within five days of this date.

    s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.